IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                             CASE NO. 1:08CR12-MP/AK

**ANDREW COX,**

    **Defendant.**

    _____/

## O R D E R

    Presently before the Court in the above entitled action is Defendant's Second pro se Motion to Appoint Counsel. (Doc. 67). As the Court explained previously, until Defendant makes an initial appearance in this Court counsel will not be appointed by this Court for him. The Court also will not make the determination to have Defendant transported here, that decision will be made by the United States Attorneys Office. Consequently, the motion (doc.67) is **DENIED**.

    **DONE AND ORDERED** this 18th day of September, 2008.

    s/ A Kornblum
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**