IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 150, Defendant Cox's Objection to Doc. 147, the Government's Information and Notice of Intent to seek enhanced penalties due to prior convictions. A hearing was held on May 12, 2009, pursuant to 21 U.S.C. § 851(c). As stated during the hearing, the Court finds that Mr. Cox was convicted of a felony drug offense in the Middle District of Georgia, in case number 3:99-cr-00018-006-HL, (See Doc. 227 in that case, the Court's Judgment entered September 15, 2000.) Mr. Cox, who entered a guilty plea in that case on May 23, 2000, Doc. 180, did not appeal that conviction. Thus, it is a final conviction.

The Court also finds that Mr. Cox was convicted in Florida's 19th Circuit Court - Vero Beach, in case number 198800471, of a felony violation of Fla. Stat. 893.135(5), conspiracy to traffic in over 100 pounds of marijuana. Attached to this Order are two exhibits verifying these prior convictions, taken from the Court records in Northern District of Florida case 2:05-cr-00002, Doc. 35.

In his objections, Doc. 150, the Defendant only challenges the government's reference to a December 2000 conviction and the government's potential use of a March 2009 conviction. At the hearing, the government indicated that the December 2000 reference was in error, and that

the government was not relying upon the March 2009 conviction in the Northern District of Georgia, 2:05-cr-00002 as a prior, enhancing conviction. Instead, the government made clear that it relied upon the two convictions discussed in the first two paragraphs above.

The Court holds that the convictions in the first two paragraphs are sufficient to enhance the Defendant's sentence under 21 U.S.C. §§ 841 and 851. The Court rejects the argument by Defendant in Doc. 153 that the same prior convictions cannot be used to enhance the sentence in both the Northern District of Georgia case, 2:05-cr-00002, and the instant case. The Defendant offers no legal support for his position, and the Court finds using the prior convictions on all future convictions to be consistent with the sentencing scheme. Accordingly, the objections of Defendant at Docs. 150 and 153 are overruled.

**DONE AND ORDERED** this  *12th*   day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge