IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 189, a letter request from Mr. Cox concerning alleged emails being sent to his sister, apparently a circuit court judge in Vero Beach. Mr. Cox moves this Court to open an investigation into the origination of the emails. The matter is one to be addressed by the receiver of the emails, not this court. Accordingly, the motion at Doc. 189 is denied.

**DONE AND ORDERED** this _6th_ day of July, 2009

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge