IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,
EMMA MENA,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 204, Mr. Cox's motion to terminate counsel. In the motion, Mr. Cox expressed a desire to terminate Mr. Hatfield's representation of him, to proceed as his own attorney, and to have stand-by counsel appointed. An in-court hearing was held on September 2, 2009, which Mr. Cox and his counsel, Anderson Hatfield, attended.

    After a <u>Faretta</u> colloquy in which the Court set out the advantages of having an attorney and the disadvantages of representing oneself, the Defendant orally moved to withdraw his motion to represent himself but asked for an attorney other than Mr. Hatfield. Both Mr. Cox and Mr. Hatfield stated that they suffered from irreconcilable differences such that continued representation by Mr. Hatfield would not be in the best interests of justice or Mr. Cox. The Court grants the motion to withdraw and the motion for replacement counsel. Mr. Hatfield is hereby removed as attorney for Mr. Cox. Attorney Gil Schaffnit is hereby appointed to represent Mr. Cox.

    As a result of replacement of counsel requested by defendant Cox, proceeding to trial under the current schedule would deny counsel for the defendant reasonable time necessary for

effective preparation, despite the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv) (excusing a continuance under such circumstances from the computation of the time for commencement of a criminal trial.) Additionally, Ms. Mena has moved to sever her case and have it transferred to an Arizona federal Court. By so moving, Ms. Mena waives her speedy trial rights regarding the time for considering her motion, see 18 U.S.C. § 3161(h)(1)(F) (excusing such a period from the computation of the time for commencement of a criminal trial.)

As stated above, it is hereby

**ORDERED AND ADJUDGED:**

1. The motion at Doc. 204 is granted in part and denied in part: Mr. Hatfield is terminated as counsel for Mr. Cox, and Mr. Gil Schaffnit is appointed to represent Mr. Cox. Mr. Schaffnit's contact information:

    LAW OFFICES OF GILBERT A SCHAFFNIT
    719 NE 1ST ST
    GAINESVILLE , FL 32601
    352-378-6593
    Fax: 352-374-4998
    Email: gaslaw@gmail.com

2. A copy of this order should be sent to defendant directly and to Mr. Schaffnit.

**DONE AND ORDERED** this __16th__ day of September, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge